**Rafael ESPINO, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

No. 06–74757.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 11, 2010.*

Filed Jan. 20, 2010.

Elsa Ines Martinez, Esquire, Law Offices of Elsa Martinez, PLC, Los Angeles, CA, for Petitioner.

Regan Hildebrand, John Hogan, Senior Litigation Counsel, Jennifer L. Lightbody, Esquire, Mary Jane Candaux, Assistant Director, United States Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: BEEZER, TROTT, and BYBEE, Circuit Judges.

MEMORANDUM **

Rafael Espino, a native and citizen of Mexico, petitions for review of the Department of Homeland Security's order reinstating his 1993 in absentia deportation order under 8 U.S.C. § 1231(a)(5). We have jurisdiction under 8 U.S.C. § 1252, and we deny the petition for review.

Espino's collateral attack on his 1993 deportation order is foreclosed by *Morales–Izquierdo v. Gonzales,* 486 F.3d 484, 495–96 (9th Cir.2007) (en banc) ("the reinstatement statute specifically precludes [petitioner] from seeking to reopen the previous removal order based on defective service or any other grounds.")

Espino's remaining contentions lack merit.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

